## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**BRIAN JAMES HICKS**                                                    **PLAINTIFF**
**ADC #138964**

**v.**                          **No: 4:22-cv-00634 KGB-PSH**

**JOE GRIFFIN,** *et al.*                                                **DEFENDANTS**

### ORDER

Having reviewed Brian James Hicks' complaint (Doc. No. 2) for screening purposes,[1] it appears that service is appropriate as to Hicks' excessive force claims against defendants Captain Kelley, Sergeant Sykes, Captain Barden, and Sergeant Watson. *See* Doc. No. 20. The Clerk of the Court shall prepare summonses for these defendants, and the United States Marshal is hereby directed to serve a copy of the complaint (Doc. No. 2) and a summons on each of them without prepayment of fees and costs or security therefor. The defendants should be served through the ADC Compliance Division.[2]

---

[1] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

[2] If a defendant is no longer an ADC employee, the individual responding to service must file a **SEALED** Statement providing the unserved defendant's last known private mailing address.

Hicks is directed to provide a name for the unnamed Doe officer who allegedly kicked him down the stairs on June 22, 2021, within 30 days; his failure to do so will result in the recommended dismissal of his claims against Doe.

IT IS SO ORDERED this 14th day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE