IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRIAN JAMES HICKS**  **PLAINTIFF**
ADC #138964

v.  Case No. 4:22-cv-00634-KGB-PSH

**JOE GRIFFIN,** *et al.*  **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 44). Plaintiff Brian James Hicks has not filed objections to the Proposed Findings and Partial Recommendation, and the time for doing so has passed. Accordingly, after careful consideration, the Court approves and adopts the Proposed Findings and Partial Recommendation in its entirety as this Court's findings in all respects (*Id.*). The Court denies Mr. Hicks's motion for restraining order and injunction (Dkt. No. 39).

So ordered, this 23rd day of December, 2022.

Kristine G. Baker
United States District Judge