# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BRIAN JAMES HICKS**  **PLAINTIFF**
**ADC #138964**

v.　　　　　　　　No: 4:22-cv-00634 KGB-PSH

**JOE GRIFFIN,** *et al.*　　　　　　　　**DEFENDANTS**

## ORDER

　　Before the Court is a Motion to Vacate filed by plaintiff Brian James Hicks (Doc. No. 69). Hicks asks the Court to set aside a 15-year-old plea and waiver, vacate a state court judgment, and secure his release from custody. Hicks' motion is denied. The Court has repeatedly informed Hicks that he may not challenge his conviction in this § 1983 case (*see* Doc. Nos. 8, 20, 55 & 63); his excessive force claims against defendants Moreion Kelly, John Doe, Leavy Watson, III, Roosevelt Barden, and Sergeant Sykes in their individual capacities related to events occurring June 22, 2021, are the only claims proceeding in this case. *See* Doc. No. 55.

　　Because Hicks continues to file pleadings concerning his state court conviction in this case, the Clerk of Court is directed to not docket any pleadings filed by Hicks concerning anything other than the excessive force claims pending in this case. Any such pleadings will be returned to Hicks.

IT IS SO ORDERED this 8th day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE